FRANK CASTELLO et al., Respondents, v. GOLD MEDAL FARMS, INC., Appellant. BROOKLYN EDISON COMPANY, INC., Respondent, v. GOLD MEDAL FARMS, INC.,

Appellant, et al., Defendants.—

No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.